UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARGARET REAVES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| | ) | No. 5:15-CV-33-FL |
| SETERUS, INC., | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 20, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 20, 2015, and Copies To:**

Margaret Reaves (via U.S. Mail) 604 Sardis Drive, Raleigh, NC 27603
Ryan Lee Beaver (via CM/ECF Notice of Electronic Filing)

May 20, 2015    JULIE RICHARDS JOHNSTON, CLERK
    /s/ Christa N. Baker
    (By) Christa N. Baker, Deputy Clerk